**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD GABLE STEVENS,<br><br>    Petitioner,<br><br>  v.<br><br>THOMAS L. CAREY,<br><br>    Respondent<br>                               / | No. C 05-1516 MMC<br><br>**ORDER GRANTING PETITIONER'S APPLICATION FOR EXTENSION OF TIME TO FILE TRAVERSE** |

    Before the Court is petitioner's application, filed July 8, 2005, for an extension of time to file a traverse.

    Good cause appearing from the declaration filed by petitioner's counsel, the Court hereby GRANTS the application, and extends the time for petitioner to file a traverse to July 29, 2005.

    **IT IS SO ORDERED.**

Dated: July 11, 2005                                                       /s/ Maxine M. Chesney<br>
                                                                                MAXINE M. CHESNEY<br>
                                                                                United States District Judge